1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

JUN 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ) ) ) ) | 1:11-SW-00110 DLB |
|---|---|---|
| | ) | ORDER TO UNSEAL SEARCH WARRANT |
| 1994 Mitsubishi pick-up License #7A17662 | ) ) ) ) ) | |

The search warrant in this case has been executed and no longer needs to remain secret, IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

Dated: 6/10/11                    _____
                                   U.S. Magistrate Judge